FILED'08 APR 18 10:27usDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL MCNALL and KARYL MCNALL,

        Plaintiffs,

    v.

CREDIT BUREAU OF JOSEPHINE
COUNTY and CHRISTOPHER D.
MECCA,

        Defendants.

Civ. No. 07-3075-CL

**ORDER**

**PANNER, District Judge:**

Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).  No objections have been filed.  This court reviews legal principles *de novo*.  See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

I have given this matter *de novo* review.  I find no error. Accordingly, I ADOPT the Report and Recommendation of Magistrate

1  -  ORDER

Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#26) is adopted.  Defendant Mecca's motion to dismiss (#3), and defendant Credit Bureau of Josephine County's motion to dismiss (#15), are denied.

IT IS SO ORDERED.

DATED this __17__ day of April, 2008.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER