FILED'10 JUN 30 13:13USDC-ORM

Christopher D. Mecca
Oregon State Bar No. 76-247
email: meccaman@uci.net
245 NW B Street
Grants Pass, OR 97526
Telephone (541) 474-1161
Facsimile (541) 474-1163
Attorney for Defendant Credit Bureau of Josephine County

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL McNALL, individually and pro se;<br>KARYL McNALL, individually and pro se,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CREDIT BUREAU OF JOSEPHINE COUNTY, an Oregon corporation, CHRISTOPHER D. MECCA, an individual,<br><br>　　　　Defendants | Case No. 1:07-CV-3075-CL<br><br>DEFENDANT CREDIT BUREAU OF JOSEPHINE COUNTY'S MOTION FOR JUDGMENT ON THE PLEADINGS |

　　　　Pursuant to the provisions of LR 7-1, the undersigned attorney certifies that he has conferred with plaintiffs' counsel in a good faith effort to resolve the issues raised by this motion, and Plaintiff's counsel takes no position on the following motion.

Page 1 of 2　　Defendant Credit Bureau of Josephine County's
　　　　　　　Motion for Judgment on the Pleadings

Defendant Credit Bureau of Josephine County moves this court for entry of judgment on the pleadings in favor of defendant. In support of this motion, defendant relies upon the points and authorities set forth in defendant's opposition to plaintiffs' Motion for Judgment of the Pleadings, which opposition is filed contemporaneously. The points and authorities set forth there demonstrate that defendant Credit Bureau of Josephine County is entitled to judgment as a matter of law.

Dated this 30th day of June, 2010

_____
Christopher D. Mecca
OSB #76-247
(541) 474-1161
Attorney for Credit Bureau of
Josephine County

CERTIFICATE OF SERVICE

      I hereby certify that I have compared this copy of the foregoing form of **DEFENDANT CREDIT BUREAU OF JOSEPHINE COUNTY'S MOTION FOR JUDGMENT ON PLEADINGS,** with the original and that it is an exact and complete copy thereof, and that I served said true copy upon:

      G. Jefferson Campbell, Jr.
      Attorney at Law
      P.O. Box 296
      Medford, OR 97501

by **mailing** it in a sealed envelope, with postage prepaid, addressed to said party at the address set forth above on the date set forth below.

DATED: June 30, 2010.

                                            _____
                                            Christopher D. Mecca, OSB #76-247
                                            Attorney for Credit Bureau of
                                            Josephine County
                                            245 NW B Street
                                            Grants Pass, OR 97526
                                            Telephone: (541) 474-1161